AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SANJAYKUMAR PATEL,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 322-181

ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; MERRICK GARLAND, Attorney General of the United States; TRACY RENAUD, Senior Official Performing Duties of the Director for USCIS; Director for the New York Field Office for USCIS; and the United States of America,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 27, 2023, the Defendants' motion to dismiss is granted, and Plaintiff's complaint is dismissed with prejudice pursuant to Federal Rule Civil Procedure 12 (b) (1) for lack of subject matter jurisdiction. This civil action stands closed.



| July 27, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Ashell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020